

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Joseph Foster,                              \* From the 441st District Court
                                              of Midland County,
                                              Trial Court No. CR46899

Vs. No. 11-21-00175-CR                      \* October 6, 2022

The State of Texas,                         \* Memorandum Opinion by Bailey, C.J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

   This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.